**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 361 EAL 2017

                  : 

          Respondent          :    Petition for Allowance of Appeal from

                  :    the Order of the Superior Court

                  : 

           v.                : 

                  : 

                  : 

DAVID SMITH,                : 

                  : 

          Petitioner            : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.